**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eric W. Johanson                  CHAPTER 13
        Andrea M. Johanson
                Debtor(s)                 BKY. NO. 22-11992 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ *Michael Farrington*
                                            Michael Farrington
                                            09 Nov 2023, 17:40:31, EST

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322

Document ID: 118e44129e63527180be1ee6619e2cba60d0e8dece1d8f04876a72297369195f