## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Eric W Johanson**
    **Andrea M Johanson**
_____
Debtor(s)

Case No.  **22-11992/pmm**

Chapter  **13**

### CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2024 a copy of the Response to Motion for Relief of Freedom Mortgage Corporation was served electronically or by regular United States mail to the Trustee and parties listed below.

Eric and Andrea Johanson
202 Devon Ct.
North Wales, PA  19454

Electronic notice to:

Andrew L. Spivack on behalf
of Freedom Mortgage Corporation

Matthew K. Fissel on behalf
of Freedom Mortgage Corporation

Mario J. Hanyon on behalf
of Freedom Mortgage Corporation

Stephen R. Starks on behalf of
Freedom Mortgage Corporation

Denise Carlon on behalf of
Freedom Mortgage Corporation

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen, Esquire
_____
**Bradly E. Allen, Esquire**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**