## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Eric W. Johanson            :        **Chapter 13**
    and Andrea M. Johanson,     :
         Debtors          :
                              :        **Case No.   22-11992-pmm**
                              :
                              :

## ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #65, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #67);

AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before March 7, 2025, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

02/06/2025                              *Patricia M. Mayer*

                                         **PATRICIA M. MAYER**
                                         **U.S. BANKRUPTCY JUDGE**