**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>ERIC W. JOHANSON AND ANDREA M.<br>JOHANSON<br> Debtors | Case No. 22-11992-pmm |
| Freedom Mortgage Corporation,<br><br> Movant | Chapter 13 |
| vs.<br>ERIC W. JOHANSON AND ANDREA M.<br>JOHANSON<br> Respondents | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this __4th__ day of _____March_____ , 2025, it is hereby
**ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an
Order of this Court.

_Patricia M. Mayer_
_____
Patricia M Mayer
BANKRUPTCY JUDGE

Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107